IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DRANSFIELD,

    Plaintiff,

v.

JOHN WILSON, and
TOWN OF BELOIT, WISCONSIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-544-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants John Wilson and Town of Beloit, Wisconsin granting their motions for summary judgment and dismissing this case

_____       _9/23/11_
Peter Oppeneer, Clerk of Court      Date